Application denied. Relator has an adequate remedy by appeal.

267 So.2d 729

STATE of Louisiana ex rel. Herbert WILLIAMS

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52908.

Oct. 31, 1972.

·Writ denied. The mandamus prayed for is moot. The trial court has acted upon the application.

267 So.2d 729

STATE of Louisiana ex rel. Arthur L. JOHNSON

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52907.

Oct. 31, 1972.

Writ refused. Considering the return of the trial judge that he has ruled on the petition for habeas corpus, this application is moot.